# Lowenstein Sandler LLP

Monica N. Watson
Counsel

65 Livingston Avenue
Roseland, NJ 07068
T  973.597.6192
F  973 597 6193
mwatson@lowenstein.com

October 4, 2013

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

| Re:  IN RE: PLAVIX PRODUCT LIABILITY & MARKETING LITIGATION | MDL No. 2418 |
|---|---|
| This Document Relates to: Dickson v. Bristol-Myers Squibb Company et al. | No. 3:13-cv-01039 (FLW-TJB) |

Dear Judge Wolfson and Judge Bongiovanni:

On September 20, 2013, Plaintiffs filed an Amended Complaint (Docket No. 90). Defendants write to invoke the automatic fourteen (14) day extension, as provided by Local Rule 7.1(d)(5), to answer or otherwise respond to Plaintiffs' Amended Complaint, which is currently due on October 7, 2013. Therefore, pursuant to the Rule, the new due date for Defendants' answer or other response would be October 21, 2013.

Thank you for the Court's attention to this matter.

/s/ Monica N. Watson
David L. Harris
Monica N. Watson
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
973-597-2378 (Phone)
973-597-2379 (Fax)

                Anand Agneshwar
                ARNOLD & PORTER LLP
                399 Park Avenue
                New York, New York 10022
                Tel: (212) 715-1000

                Steven G. Reade
                Drew Harker
                Daniel S. Pariser
                David Fauvre
                ARNOLD & PORTER LLP
                555 Twelfth Street, N.W.
                Washington, D.C. 20004
                Tel: (202) 942-5000

                *Attorneys for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.*

cc:      Counsel of Record (*via ECF*)