UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PLAVIX MARKETING, SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION (NO. II) | MDL DOCKET NO. 2418<br><br>Civil Action No. 13-1039 (FLW)(LHG)<br><br>**AMENDED ORDER** |
| UNITED STATES OF AMERICA, *et al.*, ex rel. ELISA DICKSON,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., *et al*,<br><br>Defendants. | |

**THIS MATTER** having been opened to the Court by Lowenstein Sander LLP (Gavin J. Rooney, Esq., appearing), counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo, Inc. ("Defendants"), on a motion to dismiss the Fourth Amended Complaint ("4AC") of Relator Elisa Dickson ("Relator"); it appearing that Relator, through counsel Christopher Cueto, Esq., opposes the motion; the Court having reviewed the submissions of the parties in connection with the motion; pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion being filed on even date; and for good cause shown;

**IT IS** on this 27th day of June, 2017,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and Relator's Fourth Amended Complaint is **DISMISSED**.

                                                           /s/ Freda L. Wolfson
                                        Hon. Freda L. Wolfson, U.S.D.J.